## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CAUSE NO.: 1:24-cr-23-DMB-DAS-1 |
| ZACHARIAH D. SUTTON | DEFENDANT |

### ORDER GRANTING MOTION FOR BOND

This matter is before the court on Defendant's Motion for Bond [9]. Being advised in the premises, the court finds that Defendant's Motion for Bond is well taken and should be granted on the terms of conditions set forth in the Order Setting Conditions of Release.

**THEREFORE,** it is hereby **ORDERED**, that the pending Motion for Bond [9] is **GRANTED** and the Defendant is hereby ordered released as aforesaid pending the Final Revocation Hearing before United States District Judge Debra M. Brown.

SO ORDERED, this the 25th day of April, 2024

_____
UNITED STATES MAGISTRATE JUDGE