IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 1:24-CR-23

ZACHARIAH D. SUTTON

**ORDER**

On June 5, 2024, after finding Zachariah Sutton violated certain conditions of his supervised release, the Court revoked Sutton's supervised release term and sentenced him to eight months of imprisonment followed by twelve months of supervised release. Doc. #29 at 1–3. The Court also ordered Sutton to surrender himself on June 24, 2024, for service of his sentence at the institution designated by the Bureau of Prisons, as directed by the Clerk of the Court. *Id.* at 2; Doc. #28. Pursuant to such order, on June 20, 2024, Sutton was directed "to report to the United States Federal Correctional Institution located in Marion, Illinois by 2:00 p.m. on June 24, 2024, to begin the service of his sentence." Doc. #30 at PageID 63.

Three days before his June 24 report date, Sutton filed a motion requesting an additional fourteen days—until July 8, 2024—to self-report for service of his sentence. Doc. #31 at 1. As cause, Sutton represents:

> [He] has no transportation of his own. His mother will be driving him to FCI Marion, but has a doctor's appointment scheduled for June 24, 2024. It is difficult for her to reschedule due to the doctor's and her schedule. Additionally, [he] is training a new employee at his place of employment and has stayed out of trouble while on bond.

*Id.* Sutton also represents that the government has no objection to the relief requested. *Id.*

Upon consideration, the motion for additional time [31] is **GRANTED**. **Sutton is DIRECTED to report to the United States Federal Correctional Institution located in**

**Marion, Illinois, by 2:00 p.m. on July 8, 2024, to begin the service of his sentence**.

    **SO ORDERED**, this 21st day of June, 2024.

                                              **/s/Debra M. Brown**
                                              **UNITED STATES DISTRICT JUDGE**